UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| IAN MICHAEL HARRIS, | ) | |
| Petitioner, | ) ) | |
| | ) | NO. CV-09-235-CI |
| v. | ) ) | |
| STEVE SINCLAIR, | ) | **JUDGMENT** |
| Respondent. | ) ) ) | |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

1. The Court **ADOPTS** the Report and Recommendation in its entirety.

2. Respondent's Motion to Dismiss is **GRANTED**.

3. Petitioner's Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE.**

4. The Court declines to issue a Certificate of Appealability.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal, Deputy Clerk